IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NHU Y. LE,<br>    **Plaintiff,** | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 21-CV-3033 |
| DAVID M. BERENATO, et al.,<br>    **Defendants.** | : <br> : | |

## ORDER

AND NOW, this 7th day of December, 2021, upon consideration of Defendant David M. Berenato's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Notice of Removal (ECF No. 2), and the Motion to Remand to the Court of Common Pleas of Philadelphia County filed by Plaintiff Nhu Y. Le (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Notice of Removal is **DEEMED** filed.

3. The Motion to Remand to State Court (ECF No. 4) is **GRANTED**.

4. This action shall be **REMANDED** forthwith to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

                                             **BY THE COURT:**

                                             /s/ Gerald Austin McHugh

                                             **GERALD A. MCHUGH, J.**